*Law Offices*
# DAVID SEGAL

MEMBER LOUISIANA BAR

*30 Vesey Street, Suite 900*
*New York, New York 10007*

(212) 406-9200
(212) 943-5668

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-5-08

September 2, 2008

Fax: (212) 805-6390
Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE: United States v. John Santos, Harry Mendez and Jorge Zapata
08-CR-511(WHP)

Dear Judge Pauley:

I represent the defendant Harry Mendez.

I respectfully request an adjournment of the September 5, 2008 conference to October 10, 2008. AUSA Michael M. Rosenshaft, Lawrence M. Fisher, Attorney for defendant Jorge Zapata, and Patrick Brackley, Attorney for defendant John Santos have agreed to this adjournment.

The defendants consent to the exclusion of time under the Speedy Trial Act.

Thank you.

Very truly yours,

David Segal

DS/al

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED TO OCTOBER 10, 2008 AT 2:00 P.M. IN THE INTERESTS OF JUSTICE.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
9-4-08